RECEIVED
FEB - 7 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JONAS JERON DENNIS, et al. | CIVIL ACTION NO.:12-1254 |
| VERSUS | JUDGE DEE D. DRELL |
| POSTAL SERVICE, et al. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss (Doc. 16) is **GRANTED** and the instant lawsuit is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 7th day of February, 2013.

Dee D. Drell, Chief Judge
UNITED STATES DISTRICT COURT